IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Earle Myers, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:02-cv-129 |
| ) | |
| Richland County and former ) | |
| Richland County Commissioners ) | |
| Ray Ward and Dave Paulson, in ) | |
| their individual and official ) | |
| capacities, ) | |
| Defendants. ) | |

**O R D E R**

The parties have filed a Stipulated Bill of Costs (doc. #98) in the amount of $3,513.25 pursuant to Rule 54.1 of the Local Rules.  The court approves these costs, and hereby **ORDERS** the Clerk of Court to tax costs against the plaintiff in the amount of $3,513.25, which sum has been stipulated to by the parties.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2005.

RODNEY S. WEBB, District Judge
United States District Court