

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Earle Myers, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Richland County, and former Richland County Commissioners Ray Ward, and Dave Paulson, in their individual and official capacities, <br><br> Defendants. | Civil No. A3-02-129 <br><br> **SATISFACTION OF COST JUDGMENT** |

**STATE OF NORTH DAKOTA** )
                                 ) ss
**COUNTY OF GRAND FORKS** )

    I, Ronald F. Fischer, attorney for the Defendants in the above-entitled action, acknowledge the satisfaction of a cost judgment entered in favor of Richland County, Defendant, against plaintiff, Earle Myers, Jr., dated and docketed December 14, 2005 in the office of the Clerk of the District Court, Grand Forks County, North Dakota, for $3,513.25. I hereby request said judgment be satisfied of record.

    Dated this 3rd day of January, 2006.

                                            _____
                                            RONALD F. FISCHER, ND ID# 03707
                                            PEARSON CHRISTENSEN CAHILL & CLAPP, PLLP
                                            24 North 4th Street - P.O. Box 5758
                                            Grand Forks, ND  58206-5758
                                            (701) 775-0521 FAX (701) 775-0524
                                            Attorney for defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Earle Myers, Jr. | ) |
|     Plaintiff, | ) Civil No. A3-02-129 |
| v. | ) **AFFIDAVIT OF SERVICE BY MAIL** |
| Richland County and former Richland County Commissioners Ray Ward and Dave Paulson, in their individual and official capacities, | ) |
|     Defendants. | ) |

**STATE OF NORTH DAKOTA** )
) ss
**COUNTY OF GRAND FORKS** )

   **Norma O'Halloran** first duly sworn, deposes and says: that she is of legal age, a citizen of the United States, and is not a party to, nor has she an interest in the above entitled action; that on January 3, 2006, she deposited, with postage prepaid, in the United States mail in the city of Grand Forks, North Dakota, a true and correct copy of the following document(s) filed in the above-entitled matter.

1.   **Satisfaction of Cost Judgment.**

   That said envelope was addressed as follows:

Patricia R. Monson
Nilles, Hansen & Davies, Ltd.
1800 Radisson Tower
201 5th St. N.
P.O. Box 2626
Fargo, ND 58108-2626

   To the best of affiant's knowledge, information, and belief, such addresses as given above were the actual post office address of the party intended to be so served.

                                    _Norma O'Halloran_
                                    Norma O'Halloran

Subscribed and sworn to before me on January 3, 2006.

                                    _Jodie Wagner_
                                    Notary Public
                                    Grand Forks County, North Dakota

                                    JODIE L. WAGNER
                                    NOTARY PUBLIC
                                    STATE OF NORTH DAKOTA
                                    My Commission Expires: June 15, 2010

My commission expires: