IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Earle Myers, Jr.

      v.                          CASE NO.: 3:02-cv-129

Richland County, et. al.

## RECEIPT FOR RETURN OF DOCUMENTS

The following documents were received from the Office of the Clerk:

Document 54:      Exhibits 4, 5, 6, 7, 10, and 12
Document 56:      Myers deposition dated March 6, 2004
Document 57:      Myers deposition dated April 1, 2004
Document 58:      Jones-Van Tassel deposition dated February 18, 2004

Discovery in support of Defendant's motion for summary judgment (doc. 52).
Video Tapes (2) of Myers deposition dated March 6, 2004. No docket number assigned.

Dated: _____8/17/12_____

_____Dan Gaustad_____
Printed Name

_____[signature]_____
Signature